Certificate Number: 15111-PAW-DE-029816912

Bankruptcy Case Number: 12-22792



15111-PAW-DE-029816912

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 1, 2017, at 4:10 o'clock AM EDT, Victoria Renee Urbaniak completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   September 1, 2017                By:    /s/Stephanie Sandison for Ryan McDonough

Name:  Ryan McDonough

Title:  Executive Director of Education