## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No 12-22792GLT |
| VICTORIA RENEE URBANIAK | : | |
| | : | |
| Debtor(s) | : | |
| VICTORIA RENEE URBANIAK | : | |
| | : | Chapter 13 |
| Debtors(s), Movants | : | |
| vs. | : | Document No. |
| | : | |
| No Respondents | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   The Debtor is not required to pay any Domestic Support Obligations

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On 9/1/2017, at docket number 121, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* Undersigned Counsel duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated: 9/5/2017        By:    /s/ Robert B. Marcus_____
                              Signature
                              Robert B. Marcus_____
                              Name of Filer
                              PA ID No. 10294
                              436 Seventh Avenue, Suite 220
                              Pittsburgh, PA  15219
                              412/391-9991
                              attnyrobmarcus@yahoo.com

**PAWB Local Form 24**