**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Victoria R. Urbaniak** | Social Security number or ITIN  **xxx–xx–4133** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **12–22792–GLT**

# Order of Discharge                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Victoria R. Urbaniak

9/18/17                                                             **By the court:**   Gregory L. Taddonio
                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 12-22792-GLT
Victoria R. Urbaniak                                                    Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dkam           Page 1 of 2           Date Rcvd: Sep 18, 2017
                          Form ID: 3180W       Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2017.
```
db           +Victoria R. Urbaniak,    3544 Bethoven Street,    Pittsburgh, PA 15213-1018
cr            Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA  15219
cr           +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
cr           +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
r            +Re/Max Realty Brokers,    5608 Wilkins Avenue,    Pittsburgh, PA 15217-1282
13451644     +City and School District of Pittsburgh,    c/o Goehring, Rutter & Boehm,
               437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13451633     +County of Allegheny,    c/o Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
               Pittsburgh, PA 15219-6101
13389189     +First National Bank of PA,    c/o AAS Debt Recovery Inc,    P.O. Box 129,
               Monroeville PA 15146-0129
13389195     +First Natl Bk Of Pa,    3320 East State Street,    Hermitage, PA 16148-3399
13389198      Nco Fin/55,    Po Box 13570,    Philadelphia, PA 19101
13395551     +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13541537     +PNC Bank, National Association,    c/o Vitti & Vitti & Associates, P.C.,    215 Fourth Avenue,
               Pittsburgh, PA 15222-1707
13451134     +PNC Mortgage,,    a division of PNC Bank,,    National Association,    3232 NEWMARK DRIVE,
               MIAMISBURG, OH 45342-5421
13451645     +Pittsburgh Water & Sewer Authority,    c/o Goehring, Rutter & Boehm,
               437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13389201     +Pnc Bank,    Po Box 3180,    Pittsburgh, PA 15230-3180
13389200     +Pnc Bank,    Po Box 5570,    Cleveland, OH 44101-0570
13389202     +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908
13389203     +Professnl Acct Mgmt In,    Pam Po Box 391,    Milwaukee, WI 53201-0391
13389205     +Sprint,    P.O. Box 660075,    Dallas, TX 75266-0075
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2017 02:22:09      Pennsylvania Dept. of Revenue,
               Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA  17128-0946
cr           +EDI: PRA.COM Sep 19 2017 02:13:00      PRA Receivables Management, LLC,    PO Box 41067,
               Norfolk, VA 23541-1067
13389190      EDI: CITICORP.COM Sep 19 2017 02:13:00      Citibank,   CitiCorps Credit Services/Attention: Cen,
               Po Box 20363,    Kansas City, MO 64195
13389191      EDI: CITICORP.COM Sep 19 2017 02:13:00      Citibank Sd, Na,   Attn: Centralized Bankruptcy,
               Po Box 20507,    Kansas City, MO 64195
13389192      EDI: CITICORP.COM Sep 19 2017 02:13:00      Citibank Usa,
               Citicorp Credit Services/Attn: Centraliz,    Po Box 20363,    Kansas City, MO 64195
13389193     +E-mail/Text: kcarter@creditmanagementcompany.com Sep 19 2017 02:22:42       Credit Management Co,
               2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13394263      EDI: DISCOVER.COM Sep 19 2017 02:13:00      Discover Bank,    DB Servicing Corporation,
               PO Box 3025,    New Albany, OH  43054-3025
13389194     +EDI: DISCOVER.COM Sep 19 2017 02:13:00      Discover Fin,    Attention:  Bankruptcy Department,
               Po Box 3025,    New Albany, OH 43054-3025
13444033     +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Sep 19 2017 02:22:55       Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
               Pittsburgh, PA 15219-1908
13413539     +EDI: OPHSUBSID.COM Sep 19 2017 02:13:00      KEYSTONE RECOVERY PARTNERS LLC, SERIES A,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13396702     +EDI: MID8.COM Sep 19 2017 02:13:00      Midland Credit Management, Inc.,
               2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
13389196     +EDI: MID8.COM Sep 19 2017 02:13:00      Midland Funding,    8875 Aero Dr,
               San Diego, CA 92123-2255
13518799     +E-mail/Text: bknotice@ncmllc.com Sep 19 2017 02:22:31      National Capital Management, LLC.,
               8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
13585575      EDI: PRA.COM Sep 19 2017 02:13:00      Portfolio Recovery Associates, LLC,    POB 41067,
               Norfolk, VA 23541
                                                                                               TOTAL: 14

             ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr            Allegheny County
cr            City and SD of Pittsburgh
cr            PNC BANK, NATIONAL ASSOCIATION
cr            PNC MORTGAGE, A DIVISION OF PNC BANK, NA
cr            Pittsburgh Water & Sewer Authority
cr*          +National Capital Management, LLC,    8245 Tournament Drive,    Suite 230,
               MEMPHIS, TN 38125-1741
13413540*    +KEYSTONE RECOVERY PARTNERS LLC, SERIES A,    C O WEINSTEIN AND RILEY, PS,
               2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13389197*    +Midland Funding,    8875 Aero Dr,    San Diego, CA 92123-2255
13389199*     Nco Fin/55,    Po Box 13570,    Philadelphia, PA 19101
13389204*    +Professnl Acct Mgmt In,    Pam Po Box 391,    Milwaukee, WI 53201-0391
```

```
District/off: 0315-2          User: dkam                 Page 2 of 2                  Date Rcvd: Sep 18, 2017
                              Form ID: 3180W             Total Noticed: 33
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
                                                                                        TOTALS: 5, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2017 at the address(es) listed below:

```
          James  Warmbrodt    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor   City and SD of Pittsburgh jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor   Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor   Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
          Louis P. Vitti    on behalf of Creditor    PNC MORTGAGE, A DIVISION OF PNC BANK, NA
           tiffany@vittilaw.com,  louispvitti@vittilaw.com;Jennifer@vittilaw.com;loismvitti@vittilaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Robert B. Marcus    on behalf of Plaintiff Victoria R. Urbaniak attnyrobmarcus@yahoo.com
          Robert B. Marcus    on behalf of Debtor Victoria R. Urbaniak attnyrobmarcus@yahoo.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 11
```